**STATE of Missouri, Respondent,**

v.

**Rauland J. WALTERS, Appellant.**

**No. WD 42887.**

Missouri Court of Appeals,
Western District.

Oct. 9, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 4, 1990.

Application to Transfer Denied
Jan. 9, 1991.

Richard C. Thomas, Columbia, for appellant.

William Tackett, Jefferson City, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from conviction of speeding, § 304.010, RSMo 1986, and fine of $50.

Judgment affirmed. Rule 30.25(b).